KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

JEFFREY R. FINIGAN (CSBN 168285 )
Assistant United States Attorney

>   450 Golden Gate Avenue, P.O. Box 36055
>   San Francisco, California 94102
>   Telephone: (415) 436-7232
>   Facsimile: (415) 436-7234
>   Email: jeffrey.finigan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                               )<br>           Plaintiff,                            )<br>                                                               )<br>     v.                                                  )<br>                                                               )<br>RODNEY SHAVERS,                      )<br>                                                               )<br>           Defendant.                         )<br>_____) | Criminal No. 05-00668 MMC<br><br>**PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM** |

To the Honorable James Larson, United States Magistrate Judge for the United States District Court for the Northern District of California:

　　　　The United States of America respectfully petitions the Court to issue a Writ of Habeas Corpus Ad Prosequendum for the prisoner RODNEY SHAVERS.  The prisoner is required to

///

///

///

**WRIT AD PROSEQUENDUM**

1  appear in the above-referenced matter before this Court.  His place of custody and the jailor are set
2  forth in the following proposed writ.
3
4  DATED:    10/26/05                            Respectfully submitted,
5                                                KEVIN V. RYAN
                                                 United States Attorney
6
7                                                _____/s/_____
                                                 JEFFREY R. FINIGAN
8                                                Assistant United States Attorney
9
10 IT IS SO ORDERED.
11 DATED:   October 26, 2005
12
13



**WRIT AD PROSEQUENDUM**

2

**THE PRESIDENT OF THE UNITED STATES OF AMERICA**

To: Frederico Rocha, United States Marshal for the Northern District of California; any of his authorized deputies; and the Jailor, Warden or Sheriff of the San Francisco County Jail, 850 Bryant Street, San Francisco, CA:

**GREETINGS**

The prisoner RODNEY SHAVERS (SF Jail # 2231840) is now in custody in the above-referenced institution.  He is required to appear on criminal charges now pending against him in the United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, California 94102.  Accordingly,

WE COMMAND that you produce the prisoner in this Court forthwith.  You shall bring him before the Magistrate Judge who is on duty when the prisoner is produced.  You shall produce the prisoner at all times necessary until the termination of the proceedings in this Court.  Immediately thereafter, you shall return the prisoner to the above-referenced institution, or abide by whatever further order the Court may make concerning his custody.

WE FURTHER COMMAND that if the prisoner is to be released from custody in the above-referenced institution, the prisoner be IMMEDIATELY delivered to the United States Marshal or any of his authorized deputies pursuant to this writ.

WITNESS the Honorable James Larson, United States Magistrate Judge of the United States District Court for the Northern District of California.

DATED:  October 26, 2005

CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Venice Thomas
DEPUTY CLERK

**WRIT AD PROSEQUENDUM**

3