KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

JEFFREY R. FINIGAN (CSBN 168285)
Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, California  94102
Telephone: (415) 436-7232
Facsimile: (415) 436-7234
Email: jeffrey.finigan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. CR 05-00668 MMC |
| Plaintiff, ) | |
| ) | **STIPULATION AND [PROPOSED]** |
| v. ) | **ORDER EXCLUDING TIME** |
| RODNEY SHAVERS, ) | |
| Defendant. ) | |

  The above-captioned matter came before the Court on May 9, 2005 for status regarding the defendant's efforts to retain counsel.  The defendant was represented by Steven Kalar for purposes of the status hearing, and the government was represented by Jeffrey Finigan, Assistant United States Attorney.  The case was set for May 18, 2006, at 9:30 a.m. for identification of counsel and detention hearing.

  The Court made a finding on the record that the time from May 9 through May 18, 2006, should be excluded under the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A), because the

**STIPULATION AND [PROPOSED]**
**ORDER EXCLUDING TIME**
**CR 05-00668 MMC**

1  ends of justice served by taking such action outweighed the best interest of the public and the
2  defendant in a speedy trial. That finding was based on the need for the defendant to have
3  reasonable time necessary to obtain counsel pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).
4     The parties hereby agree to and request that the case be continued until May 18, 2006
5  and that the exclusion of time until then be granted. The parties agree and stipulate that the
6  additional time is appropriate and necessary under Title 18, United States Code, Section
7  3161(h)(8)(A), because the ends of justice served by this continuance outweigh the best interest
8  of the public and the defendant in a speedy trial.

11  DATED:    5/16/06                              /s/
12                                        STEVEN KALAR
                                          Counsel for Rodney Shavers

14  DATED:    5/9/06                               /s/
15                                        JEFFREY FINIGAN
                                          Assistant U.S. Attorney

16  So ordered.
17  DATED:  May 17, 2006
18                                        _____
                                          UNITED STATES MAGISTRATE JUDGE

IT IS SO ORDERED
Judge Elizabeth D. Laporte

**STIPULATION AND [~~PROPOSED~~]
ORDER EXCLUDING TIME
CR 05-00668 MMC**                    2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the office of the United States Attorney, Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned certifies that she caused copies of

**STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME**

in the case of **UNITED STATES V. RODNEY SHAVERS, CR 05-00668 MMC** to be served on the parties in this action, by placing a true copy thereof in a sealed envelope, addressed as follows which is the last known address:

**Steven Kalar**
**Assistant Federal Public Defender**
**450 Golden Gate Avenue**
**San Francisco, CA 94102**

  X   (By Personal Service), I caused such envelope to be delivered by hand to the person or offices of each addressee(s) above.

_____ (By Facsimile), I caused each such document to be sent by Facsimile to the person or offices of each addressee(s) above.

_____ (By Mail), I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at San Francisco, California.

_____ (By Fed Ex), I caused each such envelope to be delivered by FED EX to the address listed above.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   May 10, 2006

/s/
RAWATY YIM
United States Attorney's Office

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 05-00668 MMC                3