MAY 19 2006

1   KEVIN V. RYAN (CSBN 118321)
    United States Attorney
2
3   MARK L. KROTOSKI (CSBN 138549)
    Chief, Criminal Division
4   JEFFREY R. FINIGAN (CSBN 168285)
    Assistant United States Attorney
5
6      450 Golden Gate Avenue
       San Francisco, California  94102
7      Telephone: (415) 436-7232
       Facsimile: (415) 436-7234
8      Email: jeffrey.finigan@usdoj.gov
9   Attorneys for Plaintiff
10
                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12
                        SAN FRANCISCO DIVISION
13
14
    UNITED STATES OF AMERICA,        )   Criminal No. CR 05-00668 MMC
15                                   )
         Plaintiff,                  )
16                                   )
                                     )   **STIPULATION AND [PROPOSED]**
17                                   )   **ORDER EXCLUDING TIME**
         v.                          )
18                                   )
                                     )
19  RODNEY SHAVERS,                  )
                                     )
20       Defendant.                  )
    _____)
21

22       The above-captioned matter came before the Court on May 18, 2005 for identification
23  of counsel.  The defendant was represented by Steven Kalar, and the government was represented
24  by Peter Axelrod, Assistant United States Attorney.  The Federal Public Defender's Office was
25  appointed to represent the defendant.  The case was set for June 6, 2006, at 9:30 a.m. for
26  detention hearing.
27       The Court made a finding on the record that the time from May 18 through June 6,
28  2006, should be excluded under the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A), because the

**STIPULATION AND [PROPOSED]**
**ORDER EXCLUDING TIME**
**CR 05-00668 MMC**

ends of justice served by taking such action outweighed the best interest of the public and the defendant in a speedy trial. That finding was based on the need for the defendant to have reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and for continuity of counsel pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

The parties hereby agree to and request that the case be continued until June 6, 2006 and that the exclusion of time until then be granted. The parties agree and stipulate that the additional time is appropriate and necessary under Title 18, United States Code, Section 3161(h)(8)(A), because the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial.

DATED: 5/19/06

_____
STEVEN KALAR
Counsel for Rodney Shavers

DATED: 5/18/06

_____/s/_____
JEFFREY FINIGAN
Assistant U.S. Attorney

So ordered.

DATED: June 6, 2006

_____
ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE



STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 05-00668 MMC                              2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the office of the United States Attorney, Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned certifies that she caused copies of

**STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME**

in the case of <u>**UNITED STATES V. RODNEY SHAVERS,**</u> **CR 05-00668 MMC** to be served on the parties in this action, by placing a true copy thereof in a sealed envelope, addressed as follows which is the last known address:

**Steven Kalar**
**Assistant Federal Public Defender**
**450 Golden Gate Avenue**
**San Francisco, CA 94102**

__X__   (By Personal Service), I caused such envelope to be delivered by hand to the person or offices of each addressee(s) above.

_____   (By Facsimile), I caused each such document to be sent by Facsimile to the person or offices of each addressee(s) above.

_____   (By Mail), I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at San Francisco, California.

_____   (By Fed Ex), I caused each such envelope to be delivered by FED EX to the address listed above.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   May 19, 2006

/s/
RAWATY YIM
United States Attorney's Office

STIPULATION AND [~~PROPOSED~~]
ORDER EXCLUDING TIME
CR 05-00668 MMC                   3