1 | KEVIN V. RYAN (CASBN 118321)
United States Attorney

2

3 | MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

4 | BLAKE D. STAMM (CTBN 301887)
Assistant United States Attorney

5

6 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7063

7 | Fax: (415) 436-7234

8 | Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 05-00668 MMC |
|---|---|---|
| Plaintiff, | ) | ORDER AND STIPULATION: TO RESET BRIEFING SCHEDULE; TO CONTINUE THE FILING OF MOTION RESPONSES; TO CONTINUE HEARING ON MOTION AND TO EXCLUDE TIME FROM THE SPEEDY TRIAL ACT CALCULATIONS (18 U.S.C. § 3161(h)(8)(A)) |
| v. | ) | |
| RODNEY SHAVERS, | ) | |
| Defendant. | ) | |

With the agreement of the parties, and with the consent of the defendant, the Court enters this order resetting the briefing schedule and hearing date as detailed below and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from November 11, 2006 to January 31, 2007. The parties agree, and the Court finds and holds, as follows:

1. A motion for the disclosure of the identities of confidential informants is pending in the above-captioned matter.

2. The Court, with the concurrence of the parties, has set a briefing schedule which requires the filing of defendant's motion by November 29, 2006, the government's response by December 13, 2006 and defendant's reply by December 27, 2006. The matter is to be heard on January 10, 2006.

3. The parties have entered into plea negotiations which may moot the pending motion.

1  Accordingly, the parties wish to defer further litigation on the issue.

2      4. The parties seek to continue the filing deadlines and the hearing date to the following:

3         A. The government's response to defendant's Motion will be due on January 3, 2007;

4         B. The defendant's reply will be due on January 17, 2007;

5         C. Hearing on this matter will be on January 31, 2007.

6      5. The defendant agrees to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv) to provide continuity of counsel and reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

9      6. Counsel for the defense has specifically considered the need for additional time to continue plea negotiations.

11      7. Given these circumstances, the Court finds that the ends of justice served by excluding the period from November 11, 2006 to January 31, 2007 outweigh the best interest of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8)(A).

14      8. Accordingly, and with the consent of the defendant, the Court (1) resets the briefing schedule to require the filing of the government's response by January 3, 2007 and defendant's reply by January 17, 2007 and sets a hearing on the matter on January 31, 2007 and (2) orders that the period from November 11, 2006 to January 31, 2007 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED:

DATED: 12/13/06                          /S/
                                  ANTHONY J. BRASS
                                  Attorney for Defendant

DATED: 12/13/06                          /S/
                                  BLAKE D. STAMM
                                  Assistant United States Attorney

IT IS SO ORDERED.

DATED: December 15, 2006          [signature]
                                  HON. MAXINE M. CHESNEY
                                  United States District Court Judge