KEVIN V. RYAN (CASBN 118321)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

BLAKE D. STAMM (CTBN 301887)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone:  (415) 436-7063
    Fax:  (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.   CR 05-00668 MMC |
|     Plaintiff, ) | ORDER AND STIPULATION VACATING BRIEFING SCHEDULE AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATIONS (18 U.S.C. § 3161) |
|     v. ) | |
| RODNEY SHAVERS, ) | |
|     Defendant. ) | ORDER SETTING STATUS CONFERENCE |

    With the agreement of the parties, and with the consent of the defendant, the Court enters this order vacating the briefing schedule and hearing date until further order of the Court and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161.  The parties agree, and the Court finds and holds, as follows:

  1. A motion for the disclosure of the identities of confidential informants has been pending in the above-captioned matter and time has been excluded on that motion from November 1, 2006 through January 31, 2007.

  2. The Court, with the concurrence of the parties, set a briefing schedule and, again with the concurrence of the parties, reset the schedule to accommodate plea negotiations.  Presently, the salient dates are:

    A. The government's response to defendant's Motion will be due on January 3, 2007;

B. The defendant's reply will be due on January 17, 2007;

C. Hearing on this matter will be on January 31, 2007.

3. The parties have come to an agreement in principal to dispose of this matter and desire the Court to vacate the dates set out above until further order by the Court.

4. The defendant agrees to an exclusion of time under the Speedy Trial Act:

A. 18 U.S.C. § 3161(h)(8)(B)(iv) to provide continuity of counsel and reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Counsel for the defense has specifically considered the need for additional time to continue plea negotiations;

B. 18 U.S.C. § 3161(h)(1)(f) as delay resulting from the pendency of a pretrial motion.

6. Given these circumstances, the Court finds that the ends of justice served by excluding the period from November 1, 2006 until the resolution of defendant's motion outweigh the best interest of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8)(A).

8. Accordingly, and with the consent of the defendant, the Court (1) vacates the briefing schedule and hearing dates specified above until further order by the Court and (2) orders that the period from November 1, 2006 through the disposition of the defendant's motion be excluded from Speedy Trial Act calculations under 18 U.S.C. §§ 3161(h)(8)(A) & (B)(iv) and 3161(h)(1)(f).

IT IS SO STIPULATED.

DATED: 12/28/06             /S/  
ANTHONY J. BRASS  
Attorney for Defendant

DATED: 12/28/06             /S/  
BLAKE D. STAMM  
Assistant United States Attorney

IT IS SO ORDERED. Further, the parties are directed to appear on January 31, 2007, at 2:30 p.m., for a status conference

DATED: January 3, 2007      _Maxine M. Chesney_  
HON. MAXINE M. CHESNEY  
United States District Court Judge

2