1  **ANTHONY BRASS,** California State Bar No. 173302
   Attorney at Law
2  3223 Webster Street
   San Francisco, CA  94123
3  (415) 922-5462

4  Attorney for Defendant
   RODNEY SHAVERS

5

6

7                    UNITED STATES DISTRICT COURT

8                    NORTHERN DISTRICT OF CALIFORNIA

9                        SAN FRANCISCO DIVISION

10

11 THE UNITED STATES OF AMERICA,
                                          No. 05-00668 MMC
12              Plaintiff,
                                          **STIPULATION CONTINUE**
13      v.                                **SENTENCING;**
                                          **ORDER THEREON**
14 RODNEY SHAVERS,

15              Defendant.
   _____/
16

17      Rodney Shavers, by and through his attorney, Anthony J. Brass,
18 request that this Court continue the sentencing hearing currently set
19 for Wednesday April 18, 2007 at 2:30 PM to Wednesday May 16, 2007 at
20 2:30 PM.
21      This continuance is requested because I am currently in a
22 homicide trial in Contra Costa County in the matter of *People v.*
23 *Anthony Wilson* case no: 05:34687.  The trial began today March 26,
24 2007 and is expected to last approximately four to five weeks.
25      The Court finds that:
26      1.   The continuance is necessary due to my being in a superior
27           court trial.
28      2.   It is Stipulated by and between the parties, Anthony J.
             Brass and Assistant United States Attorney Blake Stamm that

                                  1

1 | the appearance set for April 18, 2007 at 2:30 PM is
2 | continued to May 16, 2007 at 2:30 PM.

Dated: March 28, 2007

/s/ Blake Stamm
_____
Blake Stamm
Assistant U.S. Attorney

Dated: March 26, 2007     /s/ Anthony Brass

Anthony J. Brass
Attorney for Defendant
Rodney Shavers

IT IS SO ORDERED.

Dated: March 29, 2007

_Maxine M. Chesney_
Maxine M. Chesney
UNITED STATES DISTRICT JUDGE

2