1 **ANTHONY BRASS,** California State Bar No. 173302
Attorney at Law
2 3223 Webster Street
San Francisco, CA  94123
3 (415) 922-5462

4 Attorney for Defendant
RODNEY SHAVERS

5

6

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9                     SAN FRANCISCO DIVISION

10

11 THE UNITED STATES OF AMERICA,
                                        No. 05-00668 MMC
12                    Plaintiff,
                                        **STIPULATION CONTINUE**
13     v.                               **SENTENCING;**
                                        **ORDER**
14 RODNEY SHAVERS,

15                    Defendant.
   _____/
16

17     Rodney Shavers, by and through his attorney, Anthony J. Brass,

18 request that this Court continue the sentencing hearing currently set

19 for Wednesday May 16, 2007 at 2:30 PM to Wednesday June 13, 2007 at

20 2:30 PM.

21     This continuance is requested because I was in a homicide trial

22 in Contra Costa County in the matter of *People v. Anthony Wilson* case

23 no: 05:34687.  The trial began March 26, 2007 and the verdict was

24 reached on Friday April 20, 2007.  I was unable to review the pre-

25 sentence report in this matter prior to the date needed for any

26 objection.

27     The Court finds that:

28     1.   The continuance is necessary due to my being in a superior

            court trial.

                                1

1      2.    It is Stipulated by and between the parties, Anthony J.

2            Brass and Assistant United States Attorney Blake Stamm that

3            the appearance set for May 16, 2007 at 2:30 PM is continued

4            to June 13, 2007 at 2:30 PM.

5

Dated: May 9, 2007                    /s/

6
                                      _____
7                                     Blake Stamm
                                      Assistant U.S. Attorney
8

9
Dated: May 8, 2007                    /s/
10
                                      Anthony J. Brass
11                                    Attorney for Defendant
                                      Rodney Shavers
12

13

14     IT IS SO ORDERED.

15

16  Dated: May 10, 2007

17

18                                    _____
                                      Maxine M. Chesney
19
                                      UNITED STATES DISTRICT JUDGE
20

21

22

23

24

25

26

27

28

2