ANTHONY J. BRASS (CASBN. 173302)
Attorney at Law
3223 Webster Street
San Francisco, California 94123
Telephone: (415) 922-5462
Facsimile: (415) 346-8987
tony@brasslawoffice.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: CR 05-00668 MMC |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION REGARDING** |
| vs. | ) | **SENTENCE REDUCTION UNDER** |
| | ) | **U.S.S.G. AMENDMENT 706 (AS** |
| RODNEY SHAVERS, | ) | **AMENDED BY 711)** : ORDER THEREON |
| | ) | |
| Defendant. | ) | Honorable Maxine M. Chesney |
| | ) | |
| | ) | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties acting through their respective counsel, that:

1. The Court may make its own motion for a modification of the defendant's sentence pursuant to 18 U.S.C. § 3582(c)(2).

2. Defendant's original guideline calculation was as follows:

    | | |
    |---|---|
    | Total Offense Level: | 23 |
    | Criminal History Category: | V |
    | Guideline Range: | 84-105 |
    | Mandatory Minimum: | 60 months |

3. Defendant was sentenced to 72 months imprisonment on June 13, 2007. This represents a downward variance of one year from the low end of the guideline range.

4. Defendant's current projected release date is November 15, 2010.

5. Defendant is eligible for a modification of his sentence pursuant to 18 U.S.C. § 3582(c), USSG § 1B1.10(c), and Amendment 706 of the United States Sentencing Commission Guidelines Manual.

6. Defendant's revised guideline calculation is as follows:

>Total Offense Level:        21
>
>Criminal History Category:  V
>
>Guideline Range:            70-87

7. The parties have no reason to dispute the Reduction of Sentence Report submitted to the Court by the probation office.

8. Based upon the foregoing, the parties hereby stipulate that a sentence of **60 months** is appropriate in this matter.

9. The parties further stipulate that all other aspects of the original judgment order including the length of term of supervised release, all conditions of supervision, fines, restitution, and special assessment remain as previously imposed.

10. Defendant stipulates that he waives and does not request a hearing in this matter pursuant to Fed. R. Crim. P. 43, 18 U.S.C § 3582(c)(2); *United States v. Booker*, 543 U.S. 220 (2005) and *Kimbrough v. United States*, 128 S.Ct. 558 (2007); *United States v. Hicks*, 472 F.3d 1167 (9th Cir. 2007).

11. Defendant waives his right to appeal the district court's sentence.

12. Accordingly, the parties agree and stipulate that an amended judgment may be entered by the Court in accordance with this stipulation pursuant to 18 U.S.C. § 3582(c) and USSG § 1B1.10(c), Amendment 706 of the *United States Sentencing Commission Guidelines Manual*.

IT IS SO STIPULATED:

Date: 7/21/2008                        /s/ Anthony J. Brass
                                       ANTHONY J. BRASS
                                       Attorney for Rodney Shavers


Date: 7/21/2008                        /s/ Blake Stamm
                                       BLAKE D. STAMM
                                       Assistant United States Attorney

**ORDER**

Based on the above stipulation, the Court hereby ORDERS the following:

1. The Court is making its own motion for a modification of the defendant's sentence pursuant to 18 U.S.C. § 3582(c)(2);

2. **The original Judgment in the above-captioned case is AMENDED to impose a term of imprisonment of 60 months.** All other aspects of the original judgment, including the length of term of supervised release, all conditions of supervision, fines, restitution, and special assessment remain as previously imposed.

3. Defendant's original guideline calculation was as follows:

    Total Offense Level:   23

    Criminal History Category:   V

    Guideline Range:   84-105

    Mandatory Minimum: 60 months

    Sentence Imposed:   72 months

4. Defendant is eligible for a modification of his sentence pursuant to 18 U.S.C. § 3582(c), USSG § 1B1.10(c), and Amendment 706 of the United States Sentencing Commission Guidelines Manual;

5. Defendant's revised guideline calculation is as follows:

    Total Offense Level:   21

    Criminal History Category:   V

    Guideline Range:   70-87

6. Defendant has waived his right to a hearing in this matter pursuant to Fed. R. Crim. P. 43,

18 U.S.C § 3582(c)(2); *United States v. Booker*, 543 U.S. 220 (2005) and *Kimbrough v. United States*, 128 S.Ct. 558 (2007); *United States v. Hicks*, 472 F.3d 1167 (9th Cir. 2007).

7. Defendant has waived his right to appeal the sentenced imposed by this Order.

IT IS SO ORDERED.

Date: July 25, 2008

_____
HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT